# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT GRAHAM, : | |
| : | |
| Petitioner : | |
| : | No. 1:16-CV-00839 |
| vs. : | |
| : | (Judge Rambo) |
| TREVOR A. WINGARD, et al., : | |
| : | |
| Respondents : | |

## ORDER

**AND NOW**, this 12th day of October, 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Robert Graham's petition for writ of habeas corpus (Doc. No. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

          s/Sylvia H. Rambo
          SYLVIA H. RAMBO
          United States District Judge